APPLE INC., Appellant,

v.

INTERNATIONAL TRADE
COMMISSION,
Appellee,

and

Nokia Corporation and Nokia,
Inc., Intervenors.

No. 2011–1164.

United States Court of Appeals,
Federal Circuit.

June 21, 2011.

ON MOTION

ORDER

Upon consideration of Apple and Nokia's unopposed joint motion for voluntary dismissal of this appeal pursuant to Fed. R.App. P. 42(b),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.

HUBBELL INC., Plaintiff–Appellant,

v.

PASS & SEYMOUR, INC.,
Defendant–Appellee.

No. 2011–1352.

United States Court of Appeals,
Federal Circuit.

June 21, 2011.

Mark S. Bicks, Alfred N. Goodman, Christian C. Michel, Roylance, Abrams, Berdo, Washington, DC, for Plaintiff–Appellant.

George R. McGuire, David L. Nocilly, Bond Schoeneck & King, PLLP, Syracuse, NY, for Defendant–Appellee.

ON MOTION

ORDER

Upon consideration of Hubbell Inc.'s "Withdrawal of Appeal," which the court treats as a motion to voluntarily dismiss the appeal from *Hubbell Inc. v. Pass & Seymour, Inc.*, case no. 08–CV–1656, (D.Conn.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(3) All remaining motions are moot.